UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM SIFLINGER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S COMPANIES, LLC, a foreign limited liability corporation, and SAFEWAY, INC., a foreign corporation,<br><br>Defendants. | CASE NO. 2:23-cv-682<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |

Plaintiff Kim Siflinger and Defendants Albertson's Companies, LLC (now Albertsons Companies, Inc.) ("Albertsons") and Safeway Inc. ("Safeway") (collectively, the "Parties") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On April 7, 2023, Ms. Siflinger filed this action in King County Superior Court in Washington State.

2. On April 12, 2023, Ms. Siflinger served the Summons and Complaint on Safeway via its registered agent.

3. Ms. Siflinger's counsel requested that Albertsons accept via email service of the Summons and Complaint. Albertsons agreed to do so with a service date of April 12, 2023.

STIPULATION AND ORDER TO EXTEND
ANSWER DEADLINE (2:23-cv-00682 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1619660502
1

1     4.    On May 10, 2023, Defendants removed the action to this Court.

2     5.    The King County Superior Court Summons served with the Complaint set a 60-day deadline for Defendants to respond to the Complaint (June 12, 2023).

6.    The Parties conferred and agreed that following removal, June 12, 2023 would remain as Defendants' deadline to respond to the Complaint.

7.    The Parties therefore respectfully request that the Court set Defendants' deadline to answer or otherwise respond to Ms. Siflinger's Complaint as June 12, 2023.

8.    The Parties further agree that Plaintiff will file a First Amended Complaint naming Albertsons Companies, Inc., instead of Albertson's Companies, LLC as a defendant in this action. The Parties agree that Plaintiff is free to file one further amended complaint within 21 days after Albertsons and Safeway respond to the complaint. This stipulation shall serve as Albertsons and Safeway's written consent to such an amendment.

Dated: May 11, 2023

| s/ *Blythe H. Chandler (with permission)* | s/ *David A. Perez* |
|---|---|
| Beth E. Terrell, WSBA #26759 | James F. Williams, WSBA #23613 |
| bterrell@terrellmarshall.com | David A. Perez, WSBA #43959 |
| Blythe H. Chandler, WSBA #43387 | Mallory Gitt Webster, WSBA #50025 |
| bchandler@terrellmarshall.com | Perkins Coie LLP |
| 936 North 34th Street, Suite 300 | 1201 Third Avenue, Suite 4900 |
| Seattle, Washington 98103 | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| David F. Sugerman | Facsimile: +1.206.359.9000 |
| david@sugermandahab.com | JWilliams@perkinscoie.com |
| Nadia S. Dahab | DPerez@perkinscoie.com |
| nadia@sugermandahab.com | MWebster@perkinscoie.com |
| SUGERMAN DAHAB | |
| 707 SW Washington Street, Ste. 600 | *Attorneys for Defendants Albertson's* |
| Portland, OR 97205 | *Companies, LLC and Safeway Inc.* |
| | |
| Tim Alan Quenelle | |
| tim.quenelle@gmail.com | |
| TIM QUENELLE, PC | |

STIPULATION AND ORDER TO EXTEND
ANSWER DEADLINE (2:23-cv-00682 JNW) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| 1 | 4800 SW Meadows Road, #300 |
| 2 | Lake Oswego, OR 97035 |
| 3 | E. Michelle Drake |
| | emdrake@bm.net |
| 4 | BERGER MONTAGUE, P.C. |
| | 43 SE Main Street, Suite 505 |
| 5 | Minneapolis, Minnesota 55414 |
| 6 | *Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED.

Dated: May 16, 2023

_____
Jamal N. Whitehead
United States District Judge

Presented by:

| | |
|---|---|
| s/ *Blythe H. Chandler (with permission)* | s/ *David A. Perez* |
| Beth E. Terrell, WSBA #26759 | James F. Williams, WSBA #23613 |
| bterrell@terrellmarshall.com | David A. Perez, WSBA #43959 |
| Blythe H. Chandler, WSBA #43387 | Mallory Gitt Webster, WSBA #50025 |
| bchandler@terrellmarshall.com | Perkins Coie LLP |
| 936 North 34th Street, Suite 300 | 1201 Third Avenue, Suite 4900 |
| Seattle, Washington 98103 | Seattle, Washington 98101-3099 |
| | Telephone: +1.206.359.8000 |
| David F. Sugerman | Facsimile: +1.206.359.9000 |
| david@sugermandahab.com | JWilliams@perkinscoie.com |
| Nadia S. Dahab | DPerez@perkinscoie.com |
| nadia@sugermandahab.com | MWebster@perkinscoie.com |

STIPULATION AND ORDER TO EXTEND
ANSWER DEADLINE (2:23-cv-00682 JNW) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  SUGERMAN DAHAB
   707 SW Washington Street, Ste. 600        *Attorneys for Defendants Albertson's*
2  Portland, OR 97205                         *Companies, LLC and Safeway Inc.*

3
   Tim Alan Quenelle
4  tim.quenelle@gmail.com
   TIM QUENELLE, PC
5  4800 SW Meadows Road, #300
   Lake Oswego, OR 97035
6

7  E. Michelle Drake
   emdrake@bm.net
8  BERGER MONTAGUE, P.C.
   43 SE Main Street, Suite 505
9  Minneapolis, Minnesota 55414

10 *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO EXTEND
ANSWER DEADLINE (2:23-cv-00682 JNW) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000