THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM SIFLINGER,<br><br>               Plaintiff,<br><br>    v.<br><br>SAFEWAY INC. AND ALBERTSONS COMPANIES, INC.,<br><br>               Defendants. | No. 2:23-cv-00682-JNW<br><br>**JOINT STATUS REPORT** |

On July 31, 2023, the Court granted Plaintiff Kim Siflinger and Defendants Safeway Inc. and Albertsons Companies, Inc.'s Stipulated Motion Regarding the Parties' Limited Agreement to Arbitrate and stayed this action pending the completion of arbitration (the "July 31 Order"). ECF No. 29 at 7. The Court ordered the parties to "provide status reports every 30 days to the Court regarding the arbitration." *Id.*

Consistent with the July 31 Order, on August 2, 2023, Ms. Siflinger initiated arbitration with JAMS. On August 9, 2023, Defendants responded to Ms. Siflinger's arbitration demand. On September 21, 2023, JAMS commenced the arbitrator-selection process. As ordered, the parties will file with this Court another joint status report within 30 days (by November 1, 2023).

//

//

JOINT STATUS REPORT
(No. 2:23-cv-00682-JNW) – 1

163881334

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated: October 2, 2023

s/ *Blythe H. Chandler (with permission)*
Beth E. Terrell, WSBA #26759
bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103

David F. Sugerman
david@sugermandahab.com
Nadia S. Dahab
nadia@sugermandahab.com
SUGERMAN DAHAB
707 SW Washington Street, Ste. 600
Portland, OR 97205

Tim Alan Quenelle
tim.quenelle@gmail.com
TIM QUENELLE, PC
4800 SW Meadows Road, #300
Lake Oswego, OR 97035

E. Michelle Drake, *pro hac vice*
emdrake@bm.net
BERGER MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414

*Attorneys for Plaintiff*

s/ *David A. Perez*
James F. Williams, WSBA #23613
David A. Perez, WSBA #43959
Mallory Gitt Webster, WSBA #50025
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
JWilliams@perkinscoie.com
DPerez@perkinscoie.com
MWebster@perkinscoie.com

*Attorneys for Defendants Safeway Inc. and Albertsons Companies, Inc.*

JOINT STATUS REPORT
(No. 2:23-cv-00682-JNW) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000