UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM SIFLINGER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES LLC, a foreign limited liability corporation, SAFEWAY INC., a foreign corporation,<br><br>Defendants. | CASE NO. 2:23-cv-682<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On May 24, 2024, the parties emailed Courtroom Deputy, Grant Cogswell, to notify the Court that they have reached a settlement in principle. The Court STRIKES the remaining deadlines, and ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

Dated this 24th day of May 2024.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

<u>Ravi Subramanian</u>
Clerk
<u>*/s/Kathleen Albert*</u>
Deputy Clerk

MINUTE ORDER - 2