THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIM SIFLINGER,

             Plaintiff,

    v.

SAFEWAY INC. AND ALBERTSONS COMPANIES, INC.,

             Defendants.

No. 2:23-cv-00682-JNW

**JOINT STATUS REPORT**

On May 24, 2024, the Court ordered the parties to "file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order." Min. Order, ECF No. 39 (May 24, 2024). Accordingly, the parties submit this report to inform the Court that they are in the process of finalizing a settlement agreement, and Ms. Siflinger intends to file a notice of dismissal promptly after the parties do so.

//

//

//

//

//

//

JOINT STATUS REPORT
(No. 2:23-cv-00682-JNW) – 1

Dated: June 21, 2024

*s/ Blythe H. Chandler (with permission)*                 *s/ David A. Perez*
Beth E. Terrell, WSBA #26759                              James F. Williams, WSBA #23613
bterrell@terrellmarshall.com                             David A. Perez, WSBA #43959
Blythe H. Chandler, WSBA #43387                          Mallory Gitt Webster, WSBA #50025
bchandler@terrellmarshall.com                            Perkins Coie LLP
936 North 34th Street, Suite 300                         1201 Third Avenue, Suite 4900
Seattle, Washington 98103                                Seattle, Washington 98101-3099
                                                         Telephone: +1.206.359.8000
David F. Sugerman                                         Facsimile: +1.206.359.9000
david@sugermandahab.com                                  JWilliams@perkinscoie.com
Nadia H. Dahab                                           DPerez@perkinscoie.com
nadia@sugermandahab.com                                  MWebster@perkinscoie.com
SUGERMAN DAHAB
707 SW Washington Street, Ste. 600                       *Attorneys for Defendants Safeway Inc. and*
Portland, OR 97205                                       *Albertsons Companies, Inc.*

Tim Alan Quenelle
tim.quenelle@gmail.com
TIM QUENELLE, PC
4800 SW Meadows Road, #300
Lake Oswego, OR 97035

E. Michelle Drake, *pro hac vice*
emdrake@bm.net
Zachary M. Vaughan, *pro hac vice*
zvaughan@bm.net
BERGER MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414

*Attorneys for Plaintiff*

JOINT STATUS REPORT
(No. 2:23-cv-00682-JNW) – 2