THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KIM SIFLINGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALBERTSONS COMPANIES, INC., a foreign limited liability corporation, and SAFEWAY, INC., a foreign corporation,

Defendants.

NO. 2:23-cv-00682-JNW

**STIPULATION OF DISMISSAL**

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE THAT Plaintiff Kim Siflinger and Defendants Albertsons Companies, Inc. and Safeway Inc., stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's May 24, 2024 Minute Order ECF No. 39, that this case be dismissed with prejudice and without an award of fees or costs to either side.

//
//
//
//
//
//

STIPULATION OF DISMISSAL - 1
Case No. 2:23-cv-00682-JNW

STIPULATED TO AND DATED this 26th day of June, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Blythe H. Chandler, WSBA #43387
    Email: bchandler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603

    David F. Sugerman, *Admitted Pro Hac Vice*
    Email: david@sugermandahab.com
    Nadia S. Dahab, *Admitted Pro Hac Vice*
    Email: nadia@sugermandahab.com
    SUGERMAN DAHAB
    707 SW Washington Street, Suite 600
    Portland, Oregon 97205
    Telephone: (503) 228-6474

    Tim Alan Quenelle, *Admitted Pro Hac Vice*
    Email: tim.quenelle@gmail.com
    TIM QUENELLE, PC
    4800 SW Meadows Road, Suite 300
    Lake Oswego, Oregon 97035
    Telephone: (503) 675-4330

    E. Michelle Drake, *Admitted Pro Hac Vice*
    Email:  emdrake@bm.net
    BERGER MONTAGUE, P.C.
    43 SE Main Street, Suite 505
    Minneapolis, Minnesota 55414
    Telephone: (612) 594-5999

    Zachary M. Vaughan, *Admitted Pro Hac Vice*
    Email: zvaughan@bm.net
    BERGER MONTAGUE, P.C.
    2001 Pennsylvania Avenue NW, Suite 300
    Washington, DC 20006
    Telephone: (202) 559-9740

*Attorneys for Plaintiffs*

PERKINS COIE LLP

By: /s/ Mallory Gitt Webster, WSBA #50025
    James F. Williams, WSBA #23613
    Email: JWilliams@perkinscoie.com
    David A. Perez, WSBA #43959
    Email: DPerez@perkinscoie.com
    Mallory Gitt Webster, WSBA #50025
    Email: MWebster@perkinscoie.com
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000

*Attorneys for Defendant Albertsons Companies, Inc.  and Safeway Inc.*

STIPULATION OF DISMISSAL - 2
Case No. 2:23-cv-00682-JNW

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE JAMAL N. WHITEHEAD

STIPULATION OF DISMISSAL - 3
Case No. 2:23-cv-00682-JNW

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com