1    THE HONORABLE JAMAL N. WHITEHEAD

2
3
4
5
6

7    UNITED STATE DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON

8
9    KIM SIFLINGER, individually and on behalf of all others similarly situated,

10                   Plaintiff,

     NO. 2:23-cv-00682-JNW

11   v.

     **STIPULATION OF DISMISSAL**

12   ALBERTSONS COMPANIES, INC., a foreign limited liability corporation, and SAFEWAY, INC., a foreign corporation,

13
14                   Defendants.

15
16

17   TO THE CLERK OF COURT:

18          PLEASE TAKE NOTICE THAT Plaintiff Kim Siflinger and Defendants Albertsons Companies,

19   Inc. and Safeway Inc., stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's

20   May 24, 2024 Minute Order ECF No. 39, that this case be dismissed with prejudice and without an

21   award of fees or costs to either side.

22   //
23   //
24   //
25   //
26   //
27   //

STIPULATION OF DISMISSAL - 1
Case No. 2:23-cv-00682-JNW

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

STIPULATED TO AND DATED this 27th day of June, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | PERKINS COIE LLP |
|---|---|
| By: /s/ Beth E. Terrell, WSBA #26759<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Blythe H. Chandler, WSBA #43387<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br><br>David F. Sugerman, *Admitted Pro Hac Vice*<br>Email: david@sugermandahab.com<br>Nadia S. Dahab, *Admitted Pro Hac Vice*<br>Email: nadia@sugermandahab.com<br>SUGERMAN DAHAB<br>707 SW Washington Street, Suite 600<br>Portland, Oregon 97205<br>Telephone: (503) 228-6474<br><br>Tim Alan Quenelle, *Admitted Pro Hac Vice*<br>Email: tim.quenelle@gmail.com<br>TIM QUENELLE, PC<br>4800 SW Meadows Road, Suite 300<br>Lake Oswego, Oregon 97035<br>Telephone: (503) 675-4330<br><br>E. Michelle Drake, *Admitted Pro Hac Vice*<br>Email: emdrake@bm.net<br>BERGER MONTAGUE, P.C.<br>43 SE Main Street, Suite 505<br>Minneapolis, Minnesota 55414<br>Telephone: (612) 594-5999<br><br>Zachary M. Vaughan, *Admitted Pro Hac Vice*<br>Email: zvaughan@bm.net<br>BERGER MONTAGUE, P.C.<br>2001 Pennsylvania Avenue NW, Suite 300<br>Washington, DC 20006<br>Telephone: (202) 559-9740<br><br>*Attorneys for Plaintiffs* | By: /s/ Mallory Gitt Webster, WSBA #50025<br>James F. Williams, WSBA #23613<br>Email: JWilliams@perkinscoie.com<br>David A. Perez, WSBA #43959<br>Email: DPerez@perkinscoie.com<br>Mallory Gitt Webster, WSBA #50025<br>Email: MWebster@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br><br>*Attorneys for Defendant Albertsons Companies, Inc. and Safeway Inc.* |

STIPULATION OF DISMISSAL - 2
Case No. 2:23-cv-00682-JNW

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of June, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

STIPULATION OF DISMISSAL - 3
Case No. 2:23-cv-00682-JNW

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com